November 23, 2009

Honorable Sabrina L. McKinney
Staff Attorney
Office of the Chapter 13 Trustee
166 Commerce St., Ste 202
P.O. Box 173
Montgomery, AL 36101-0173

RE:     Certificate of Service
         Trustee Motion to Modify Debtor's Plan
         Case # 08-30450-DHW

CERTIFIED MAIL: 7007 0220 0004 4353 6825
RETURN RECEIPT REQUESTED

Dear Ms. McKinney:

Enclosed are the following:

- My original letter - with enclosures - to my attorney (dtd June 5, 2009) asking him to handle this matter;
- My worksheet depicting my interpretation of these events, from a monetary perspective, and disputing Citi's claim; and
- Your correspondence to me re the subject located above

Unless I have misinterpreted some of the language in this case, I am petitioning the Court to consider my claim as an accurate depiction of what has and will take place. Needless to say, as the worksheet shows, claims against me will be paid if payment history is to be taken into consideration.

The facts in this case demonstrate a willingness on my part to address this issue back in June 2009. I was advised by my attorney to meet with him at a time certain. My husband and I went to his office at the appointed time and were given a verbal response from the attorney's administrative person that it would be taken care of. I have not heard anything else about this matter until your correspondence.

In my opinion, because of the preponderance of the evidence on my behalf, Citi's claim has no merit and is unconscionable. Moreover, the more than 100% increase to $1,530 would cause an undue financial hardship to me and my family. Therefore, I request that you rule in my favor.

Thanks for any consideration you give to my request.

Sincerely,

*[signature]*

Rosetta Moncrief

Cc: Richard Shinbaum

Enclosures

June 5, 2009

Richard Shinbaum
Attorney At Law
PO BOX 201
MONTGOMERY, AL 36101-0201

**RE: Rosetta Moncrief**
**Case Nuber 08-30450-DHW**

**CERTIFIED MAIL:** 7007 0220 0004 4353 8515
**RETURN RECEIPT REQUESTED**

Mr. Shinbaum:

It has been a year since I filed Chapter 13. During that timeframe, I have always paid my mortgages and Chapter 13 payments timely. And, at no time within that span have I been contacted by you or the Court regarding Citifinancial's unreadiness with my claim.

Accordingly, I am puzzled re the attached. But since the window of opportunity is closing on this matter, I thought it best to memorialize my concerns in writing to create a trail of due diligence on my part.

At your convenience, would you please respond to the attached, copying me?

Thanks for your assistance.

Sincerely,

*[signature]*

Rosetta Moncrief

Attachment

cc: Cheryll Ross/Mr. Reding's Stand-in

SUPPORTING SCHEDULE TO DISPUTE CITI'S CLAIM
CASE # 08-304050-DHW
NOVEMBER 23, 2009

| # | CREDITOR | AMOUNT OF CLAIM W/O DEDUCTING VALUE OF COLLATERAL | UNSECURED PROTION, IF ANY | % WEIGHT OF CLAIM | AMOUNT APPLIED TO CLAIM | TOTAL AMOUNT OF PAYMENTS $700/MO @ 60 MONTHS | OVER/(UNDER) PAYMENT OVER 60 MONTHS |
|---|---|---|---|---|---|---|---|
| | **SCHEDULE D** | | | | | | |
| 1 | ASC | 147,000 | 0 | | | | |
| 2 | CAPITAL ONE AUTO | 6,532 | 532 | 1.49% | 625 | | 93 |
| 3 | CFMC (CITI)-ARREARS? | 42,000 | 5,800 | 16.22% | 6,812 | | 1,012 |
| | TOTAL - SCHEDULE D | | 6,332 | 17.71% | 7,437 | | 1,105 |
| | **SCHEDULE F** | | | | | | |
| 1 | AMEX_CREDIT CARD | | 121 | 0.34% | 142 | | 21 |
| 2 | ASPEN/FB&T_CREDIT CARD | | 586 | 1.64% | 688 | | 102 |
| 3 | BANK OF AMERICA | CHARGED OFF ACCT | 11,000 | 30.76% | 12,920 | | 1,920 |
| 4 | CAPITAL ONE_CREDIT CARD | | 681 | 1.90% | 800 | | 119 |
| 5 | HSBC BANK | CHARGED OFF ACCT | 13,000 | 36.36% | 15,269 | | 2,269 |
| 6 | HSBC PARIS | CHARGED OFF ACCT | 736 | 2.06% | 864 | | 128 |
| 7 | KEY HOME EQUITY | DISPUTED DEBT | 1 | 0.00% | 0 | | 0 |
| 8 | PRO BANCORP | DISPUTED DEBT | 1 | 0.00% | 0 | | 0 |
| 9 | SEARS/CBSD_CREDIT CARD | | 2,981 | 8.34% | 3,501 | | 520 |
| 10 | TRIB/FBOFD_CREDIT CARD | | 318 | 0.89% | 374 | | 56 |
| 11 | UNIFUND | COLLECTION ACCT | 1 | 0.00% | 0 | | 0 |
| | TOTAL - SCHEDULE F | | 29,426 | 82.29% | 34,559 | | 5,136 |
| | | | 35,758 | 100.00% | 41,996 | 42,000 | 6,241 |

NOTE: As I understand Citi's claim, it is moving to modify my plan to accommodate $6,363.37 in arrears. If that's true, what is the unsecured claim of $5,800 for?
   Secondly, I have not missed a payment to the 13 Trustee, not Citi, nor ASC since the inception of the plan. So there cannot be any arrearage since that time.
   Third, in each case, given the length of the plan and the monthly amount being paid, it is an irrefutable fact that in each case, I am overpaying the claim;
   Therefore, if we are incorrect in our assessment of this matter and Citi does have an additional claim of $6,363.67 - $5,800 that is being paid, I recommend Citi
   takes the $563.67 as the claims are paid out and remit the overage to me.

**SOURCES: BANKRUPTCY COURT SCHEDULES D & F (ATTACHED)**

B6E (Official Form 6E) (12/07)

In re  Rosetta F. Moncrief  
        Debtor

Case No. 08-30450

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Rosette F. Moncrief**   Case No. **08-30450**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx5800 <br><br> Creditor #: 1 <br> AMERICA'S SERVICING <br> 8480 STAGECOACH CIRCLE <br> Frederick, MD 21701 | | | 05-1998 <br> FIRST MORTGAGE <br> 3563 CLOVERDALE ROAD, <br> MONTGOMERY AL - SINGLE FAMILY RESIDENCE <br> VALUE LISTED IS TAX ASSESSED VALUE | | | | | |
| | | | Value $ 183,200.00 | | | | 147,000.00 | 0.00 |
| Account No. xxxxxxxxx5028 <br><br> Creditor #: 2 <br> CAPITAL ONE AUTO <br> 3901 NORTH DALLAS TOLLWAY <br> Plano, TX 75093 | | | 10-2005 <br> AUTO LOAN <br><br> 2004 CHEVROLET MALIBU - IN SON'S POSSESSION | | | | | |
| | | | Value $ 6,000.00 | | | | 6,532.00 | 532.00 |
| Account No. 253 <br><br> Creditor #: 3 <br> CFMC <br> PO BOX 9438, DEPT 0251 <br> Gaithersburg, MD 20898-9438 | | | 05-2000 <br> SECOND MORTGAGE <br> 3563 CLOVERDALE ROAD, <br> MONTGOMERY AL - SINGLE FAMILY RESIDENCE <br> VALUE LISTED IS TAX ASSESSED VALUE | | | | | |
| | | | Value $ 183,200.00 | | | | 42,000.00 | 5,800.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| 0 continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 195,532.00 | 6,332.00 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 195,532.00 | 6,332.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   Rosetta F. Moncrief                                  Case No.  08-30450
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx6785<br>Creditor #: 1<br>AMEX<br>PO BOX 297871<br>Fort Lauderdale, FL 33329-7871 | | - | 03-1995<br>CREDIT CARD | | | | 121.00 |
| Account No. xxxxxxxx0105<br>Creditor #: 2<br>ASPEN/FB&T<br>PO BOX 105555<br>Atlanta, GA 30348-9999 | | - | 01-2006<br>CREDIT CARD | | | | 586.00 |
| Account No. xxxxxxxx0013<br>Creditor #: 3<br>BANK OF AMERICA<br>4060 OGLETOWN/STANTON RD<br>Newark, DE 19713 | | - | 09-1992<br>CHARGED OFF ACCOUNT | | | | 11,060.00 |
| Account No.<br>Representing:<br>BANK OF AMERICA | | | ZARZAUR & SCHWARTZ<br>P.O.Box 11366<br>Birmingham, AL 35202 | | | | |

  2   continuation sheets attached                                       Subtotal
                                                                (Total of this page)    11,767.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Rosetta F. Moncrief                                    Case No.    08-30450
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx0526<br>Creditor #: 4<br>CAPITAL ONE<br>PO BOX 5155<br>ATTN: BANKRUPTCY CORRESPONDENCE<br>Norcross, GA 30091 | - | | 02-2006<br>CREDIT CARD | | | | 681.00 |
| Account No. xxxx0506<br>Creditor #: 5<br>HSBC BANK<br>P.O. Box 52530<br>Carol Stream, IL 60196 | - | | 10-1998<br>CHARGED OFF ACCOUNT | | | | 13,000.00 |
| Account No. x2105<br>Creditor #: 6<br>HSBC/PARIS<br>3455 HWY 80 WEST<br>Jackson, MS 39209 | - | | 06-1993<br>CHARGED OFF ACCOUNT | | | | 736.00 |
| Account No. 665<br>Creditor #: 7<br>KEY HOME EQTY<br>20 WATERVIEW BLVD<br>Parsippany, NJ 07054 | - | | 06-1998<br>DISPUTED DEBT | | | X | 1.00 |
| Account No. xx0075<br>Creditor #: 8<br>PRO BNCRP<br>PO BOX 660509<br>Dallas, TX 75266-0509 | - | | 09-1995<br>DISPUTED DEBT | | | X | 1.00 |

Sheet no. 1 of 2 sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims      (Total of this page)    14,419.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Rosetta F. Moncrief                              Case No.   08-30450
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6520<br>Creditor #: 9<br>SEARS/CBSD<br>133200 SMITH ROAD<br>Cleveland, OH 44130 | | - | 11-1990<br>CREDIT CARD | | | | 2,981.00 |
| Account No. xxxxxxxx0253<br>Creditor #: 10<br>TRIB/FBOFD<br>PO BOX 105555<br>Atlanta, GA 30348-0000 | | - | 12-2005<br>CREDIT CARD | | | | 318.00 |
| Account No. ALABALABA-xx1297<br>Creditor #: 11<br>UNIFUND CO<br>10625 TECHWOODS CIRCLE<br>Cincinnati, OH 45242 | | - | 02-2008<br>COLLECTION ACCOUNT | | | X | 1.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 2 of 2 sheets attached to Schedule of                   Subtotal                3,300.00
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

                                                                    Total                 29,426.00
                                                        (Report on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                     CHAPTER 13 CASE
                                                              NO. 08-30450-DHW

ROSETTA F. MONCRIEF,
XXX-XX-4869

       Debtor(s).

---

PURSUANT TO LBR 3015-1(d) AND LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY U.S. MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, ALABAMA 36104.

---

### TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN

COMES NOW, the Trustee, by and through the undersigned counsel, and moves this Honorable Court to modify the debtor(s) plan, and as grounds for said motion, states as follows:

1. Court Claim #3 was filed as secured by CitiMortgage on March 31, 2008, which included arrears in the amount of $6,363.67 (Trustee Claim #19).

2. On May 26, 2009, Trustee advised debtor(s) attorney of the claim and that the confirmed plan made no provisions for the arrears. The Trustee requested the attorney to either make provisions or object, whichever was more appropriate, within 30 days. As of this date, neither has been done. The delay by the debtor(s) and/or debtor(s) attorney has been prejudicial to the creditor in this case.

3. To maintain feasibility, the SMP to Americas Servicing needs to be raised.

WHEREFORE, the Trustee moves this Honorable Court to amend the debtor(s) plan to provide for the arrears portion of the claim of CitiMortgage as secured with a

value of $6,363.67 and an SMP of $160.00 and raise the SMP to Americas Servicing from $525.00 to $600.000. The debtor(s) plan payment shall be raised from $700.00 to $1,530.00 per month.

Respectfully submitted this 19th day of November 2009.

Curtis C. Reding
Standing Chapter 13 Trustee

By: /s/ Sabrina L. McKinney
Sabrina L. McKinney
Staff Attorney
ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 19th day of November 2009.

/s/ Sabrina L. McKinney
Sabrina L. McKinney

Rosetta F. Moncrief
3503 Cloverdale Road
Montgomery, AL 36111

Richard Shinbaum *(Debtor's Attorney)* (electronic filing)

CitiMortgage
P.O. Box 6941
The Lakes, NV 88901

CitiMortgage
P.O. Box 140609
Irving, TX 750141

ROSETTA MONCRIEF
3503 CLOVERDALE RD.
MONTGOMERY, AL 36111-1901





7007 0220 0004 4353 6825

HON. SABRINA McKINNEY
STAFF ATTORNEY
OFC of CHAPTER 13 TRUSTEE
166 COMMERCE ST., STE 202
MONTOMERY, AL 36101-0173

Case