# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of:** | }<br>} Case No. 08-30450<br>}<br>Rosetta F. Moncrief } }<br>} Chapter 13<br>}<br>}<br>**Debtor(s)** } |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

### Objection to Claim No.3
### Of Creditor CITIMORTGAGE

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number of CITIMORTGAGE and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on March 18, 2008.

2. Debtor listed CitiMortgage as lien holder, CitiMortgage then filed Proof of Claim detailing the amount of arrearage at $6363.67. Debtor has sent a cashiers check directly to mortgage company in attempt to cure the arrears.

3. Wherefore, the debtor request arrearage claim to be reduced to a zero balance.

Respectfully submitted,

/s/ Richard D. Shinbaum
*Attorney for Debtor:*
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day March 18, 2010.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs
CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES, IA 50368-9196

ASE CREDIT UNION
Alabama State Employees
P.O. Box 231150
Montgomery, AL 36123-1150
(334) 270-9011

OFFICIAL CHECK

NO.

03/12/2010

$6,363.67

PAY Six Thousand Three Hundred Sixty Three Dollars and 67
TO cents
THE
ORDER CITIMORTGAGE
OF

VOID AFTER 90 DAYS

⑃"51130?⑃ ⑇:262276397⑇: 0733 200000⑃"

Case 08-30450   Doc 32   Filed 03/22/10   Entered 03/22/10 14:06:16   Desc Main
Document      Page 3 of 3